UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                              Case No.8:08-bk-11141-CPM
                                                    Chapter 7
The Usware Group, Inc.,

      Debtor.
_____/

Angela Welch Esposito,                              Adv. No.: 8:09-ap-_____
Chapter 7 Trustee,

      Plaintiff,
vs.

Omnia Industries, Inc.,

      Defendant.
_____/

## CHAPTER 7 TRUSTEE'S COMPLAINT TO AVOID PREFERENTIAL TRANSFER

      Plaintiff, Angela Welch Esposito, Chapter 7 Trustee (**"Trustee"**) in bankruptcy for the estate of **THE USWARE GROUP, INC** (hereinafter **"Debtor"**), by and through her undersigned counsel, files this complaint against Omnia Industries, Inc. (**"Defendant"**) and alleges:

## GENERAL ALLEGATIONS

      1.     This Court has jurisdiction over this matter pursuant to 28 U.S.C. §1334 and pursuant to the referral to this Court of cases under Title 11 and proceedings arising under, arising in, or related to Title 11 cases pursuant to 28 U.S.C. §157(a).

      2.     This is a core proceeding which may be heard by the Bankruptcy Court pursuant to 28 U.S.C. §157(a) and 28 U.S.C. §157(b)(2)(A) and (O).

      3.     The Debtor filed a Chapter 7 petition on July 28, 2008.

4.      Upon information and belief, Omnia Industries, Inc. received several payments from the Debtor within 90 days of filing, and the aggregate amount of the payments was $13,942.22.

5.      Upon information and belief, the payments were made for the benefit of Debtor's business debts.

6.      Upon information and belief, Debtor received nothing in exchange for the payment.

## COUNT I – PREFERENCE – 11 U.S.C. §547(b)

The Plaintiff repeats and re-alleges each and every allegation set forth in paragraphs 1 through 6 as though each was set forth herein.

7.      This is an action for preferential transfer pursuant to 11 U.S.C. § 547(b)(4)(A).

8.      Within ninety (90) days before the filing of the Debtor's voluntary petition, the Debtor transferred payments totaling $13,942.22 to the Defendant..

9.      Upon information and belief, said payments were made for and on account of an antecedent debt owed by the Debtor to the Defendant.

10.     At the time of the transfer, Debtor was insolvent.

11.     The payment by Debtor to Defendant enabled the Defendant to receive more than it would have received under Chapter 7 of the Bankruptcy Code if the transfer had not been made.

12.     By reason of the foregoing, the Defendant is liable to Plaintiff.

WHEREFORE, the Plaintiff respectfully requests entry of judgment:

   a. Avoiding the transfer of funds to Defendant pursuant to 11 U.S.C. § 547(b);

   b. In favor of Plaintiff against Defendant a judgment equal to the amount

transferred together with interest at the statutory rate; and

c.  For such other and further relief as is just and proper.

Respectfully submitted this 2nd day of January, 2010.

> **DONICA LAW FIRM, P.A.**
> Counsel for Plaintiff
> 106 S. Tampania Ave., Suite 250
> Tampa, FL  33609-3248
> Telephone:  (813) 878-9790
> Facsimile:  (813) 878-9746
> E-mail:  herb@donicalaw.com
>
>
> /s/ Herbert R. Donica
> Herbert R. Donica, Esq.
> Florida Bar No. 841870