

January 25, 2010

Herbert R. Donica
Attorney for Trustee
106 S. Tampania Avenue, #250
Tampa, FL 33609

re: The USWare Group, Inc.
Bankruptcy Case No. 8:08-bk-11141-CPM

Dear Mr. Donica,

Regarding your letter of July 8, 2009 please note the following:

Please find enclosed a spreadsheet which reflects that merchandise was provided by Omnia to the USWare Group after the dates of the alleged preferences, which would support a "new value" defense. After receiving the alleged preferential payments, Omnia provided goods to USWare Group in the total amount of $4,893.70 for which Omnia was never paid. Therefore, the "preferential" claim must be reduced by at least that amount, from $13,942.22 to a total of $9,048.52.

Furthermore, Omnia must also assert an "Ordinary Course of Business" defense to your client's claims. There was nothing unusual concerning the payments in that Omnia never took any extraordinary action or contact with the Debtor in attempting to collect on the invoices paid by those checks. Those payments were to pay invoices within industry standards, and were consistent with the history between Omnia and the Debtor.

Our business relationship with the Debtor was a good one, and one in which open credit was extended under normal business practices. There were never any signs of trouble with the Debtor and we conducted our business based on that. We were unaware of any financial problems the Debtor may have been having and provided them with merchandise in good faith.


*Locksets & Architectural Hardware of Fine Quality Since 1964*
FIVE CLIFFSIDE DRIVE • BOX 330 • CEDAR GROVE, NEW JERSEY 07009 • USA
(973) 239-7272 • FAX (973) 239-6960 • www.OmniaIndustries.com


Omnia has been greatly affected by the recent economy, especially because of the severe downturn with housing and construction. We have faced losses on all levels, including employee layoffs for the first time in our 45 year history. Omnia is a small company and it would be a financial hardship for us to have to return any funds under the "preferential" claim. *Please note that Omnia had already suffered a financial burden when the Debtor filed for Chapter 7. At that time, they owed us $18,461.17 which was a total loss for us.* It is not reasonable to expect that Omnia would sustain further losses from this Debtor.

Thank you for your consideration in this matter. If you have any questions, please do not hesitate to contact me.

Best regards,

Denyse Comini Becker
Vice President
OMNIA INDUSTRIES, INC.

cc: Clerk, U.S. Bankruptcy Court
    Middle District of Florida
    Sam M. Gibbons Federal Courthouse
    801 No. Florida Ave., Suite 555
    Tampa, FL  33602

enclosures

# The USWare Group
## "New Value" Defense

| Invoice No. | Invoice Date | Invoice Amount |
|---|---|---|
| 469881 | 7/11/2008 | $193.93 |
| 469882 | 7/11/2008 | $154.13 |
| 469883 | 7/11/2008 | $241.46 |
| 469884 | 7/11/2008 | $63.92 |
| 470141 | 7/15/2008 | $27.17 |
| 470142 | 7/15/2008 | $785.24 |
| 470143 | 7/15/2008 | $59.46 |
| 470423 | 7/18/2008 | $59.26 |
| 470424 | 7/18/2008 | $132.01 |
| 470425 | 7/18/2008 | $295.99 |
| 470426 | 7/18/2008 | $69.95 |
| 470520 | 7/21/2008 | $2,415.44 |
| 470648 | 7/22/2008 | $395.74 |
| | | $4,893.70 |

1/20/2010



| | "Denyse Comini Becker" &lt;dcomini@omniaindustries.com&gt; 07/14/2010 04:08 PM | To &lt;sharon_eckley@flmb.uscourts.gov&gt; |
| --- | --- | --- |
| | Please respond to "Denyse Comini Becker" &lt;dcomini@omniaindustries.com&gt; | cc "George Bardi" &lt;gbardi@omniaindustries.com&gt;, "Herb Donica" &lt;herb@donicalaw.com&gt; |
| | | bcc |
| | | Subject Adversary Proceeding. No.: 8:10-ap-00030-CPM / Bankruptcy Case No.: 8:08-bk-11141-CPM |

re: Adversary Proceeding. No.: 8:10-ap-00030-CPM
Bankruptcy Case No.: 8:08-bk-11141-CPM

Sharon,

Per our conversation on Monday, please find attached:
- copy of our original response for above proceeding which we mailed back on Jan. 25, 2010;
- scan of receipt for "Certified Mail" showing mail date of Jan. 25, 2010;
- and, scan of signed "Return Receipt" card showing our response was received at the Court on Jan. 28, 2010.

We kindly request that these items be attached to this docket and that the docket file is updated showing that Omnia had responded and that the response was timely.

If you have any further questions, please do not hesitate to contact me.

*In the meantime, I also kindly request that you acknowledge receipt of this email and its attachments.*

Best regards,
Denyse Comini Becker

Denyse Comini Becker
Executive Vice President
OMNIA INDUSTRIES, INC.
(973) 239-7272

dcomini@omniaindustries.com  USWare Group Preferential Response SCAN.pdf   USWare Group Certified Mail Receipt.pdf


USWare Group Return Receipt.pdf

## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Clerk, US Bankruptcy Court
Middle District of Florida
Sam M. Gibbons Federal Courthouse
801 No. Florida Ave, Ste 555
Tampa, FL 33602

## COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _9. Hayne_
☐ Agent
☐ Addressee

B. Received by ( Printed Name )
C. Date of Delivery
1-28

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

FEB 2 2010

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)
7005 1160 0003 4304 6415

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

7005 1160 0003 4304 6415

**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL

| | |
|---|---|
| Postage | $ 4.80 |
| Certified Fee | 2.80 |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.54 |

Postmark Here

Sent To *Clerk, US Bankruptcy Court, Middle District of FL*
Street, Apt No.; *Sam M. Gibbons Federal Courthouse*
or PO Box No. *801 No. Florida Ave, St. 555*
City, State, ZIP+4 *Tampa, FL 33602*

PS Form 3800, June 2002           See Reverse for Instructions

United States Postal Service

SAINT PETERSBURG

- Sender: Please print your name, address, and ZIP+4 in this box

ATTN D. GEMINI BIEBER
OMNIA INDUSTRIES, INC
PO Box 330
Cedar Grove, NJ 07009

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10