UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                          Case No.8:08-bk-11141-CPM
                                                Chapter 7
The Usware Group, Inc.,

       Debtor.
_____/

Angela Welch Esposito,                          Adv. No.: 8:10-ap-00030-CPM
Chapter 7 Trustee,

       Plaintiff,

vs.

Omnia Industries, Inc.,

       Defendant.
_____/

## **<u>PLAINTIFF'S MOTION TO STRIKE ANSWER</u>**

COMES NOW, ANGELA WELCH ESPOSITO, CHAPTER 7 TRUSTEE (the "Plaintiff"/"Trustee"), by and through her undersigned counsel, and files this motion to strike the Answer of Omnia Industries, Inc. (Adv. Doc. No. 4), and states:

1.     The Answer was filed by Denyse Comini Becker, Executive Vice-President of Omnia Industries, Inc.

2.     Upon information and belief, Omnia Industries, Inc. is a corporation based in New Jersey.

3.     Local Rule 1074-1 of the Middle District of Florida states that a corporation can only appear before the court through counsel permitted to practice in the court.

4.      The corporate officer has no standing to file the Answer since she is not counsel authorized to appear and be heard before the Middle District of Florida.  Therefore, the Answer of Omnia Industries, Inc. should be stricken from the docket.

WHEREFORE, the Trustee requests entry of an order granting this motion, striking the Answer and awarding such other and further relief as is just and proper.

DONICA LAW FIRM, P.A.
Counsel for Trustee
106 S. Tampania Ave., Suite 250
Tampa, FL  33609
Telephone:  (813) 878-9790
Facsimile:  (813) 878-9746
E-mail:  herb@donicalaw.com

/s/ Herbert R. Donica
Herbert R. Donica, Esq.
Florida Bar No. 841870

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Strike has been furnished via U.S. Mail or the Court's CM/ECF system on the 14th day of August, 2010 to: **Omnia Industries, Inc.,** c/o Alberto Comini, President, Box 330, Cedar Grove, NJ 07009; **Omnia Industries, Inc.,** c/o Denyse Comini Becker, Executive Vice-President, Box 330, Cedar Grove, NJ 07009; **Angela Welch Esposito, Chapter 7 Trustee**, P.O. Box 549, Odessa, FL 33556-0549 and the **Assistant U.S. Trustee,** 501 E. Polk Street, Suite 1200, Tampa, FL 33602.

/s/ Herbert R. Donica
Herbert R. Donica, Esq.