UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:   Case No.8:08-bk-11141-CPM
         Chapter 7

The Usware Group, Inc.,

    Debtor.
_____/

Angela Welch Esposito,   Adv. No.: 8:10-ap-00030-CPM
Chapter 7 Trustee,

    Plaintiff,
vs.

Omnia Industries, Inc.,

    Defendant.
_____/

## MOTION FOR DEFAULT OF OMNIA INDUSTRIES, INC.

COMES NOW the Plaintiff, ANGELA WELCH ESPOSITO, Chapter 7 Trustee, by and through her undersigned attorney, and requests the Court to enter a default with respect to OMNIA INDUSTRIES, INC., for failure to file an answer, motion, or other defensive pleading or paper to the Complaint To Avoid Preferential Transfer filed in the above adversary proceeding within the time allowed by law, or for failure to serve copies of any such pleading or paper on Plaintiff's attorney as required by law.

The Defendant has been duly served with a summons and a copy of the complaint pursuant to Rule 7004 of the Bankruptcy Rules, no extension of time was sought or obtained by the said defendant, and the defendant failed to file a responsive pleading or motion within the time specified.

                                                                 **DONICA LAW FIRM, P.A.**
                                                                 Counsel for Plaintiff
                                                                 106 S. Tampania Ave., Suite 250
                                                                Tampa, FL  33609-3248

1

Telephone: (813) 878-9790
Facsimile: (813) 878-9746
E-mail: herb@donicalaw.com

/s/ Herbert R. Donica
Herbert R. Donica, Esq.
Florida Bar No. 841870

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion for Default has been provided by regular U.S. Mail or the Court's CM/ECF system on the 14th day of August, 2010, to: **Omnia Industries, Inc.**, c/o Alberto Comini, President, Box 330, Cedar Grove, NJ 07009; **Omnia Industries, Inc.,** c/o Denyse Comini Becker, Executive Vice-President, Box 330, Cedar Grove, NJ 07009; **Angela Welch Esposito, Chapter 7 Trustee**, P.O. Box 549, Odessa, FL 33556-0549 and the **Assistant U.S. Trustee**, 501 E. Polk St., Suite 1200, Tampa, FL 33602.

/s/ Herbert R. Donica
Herbert R. Donica, Esq.